*This is urgent, credible and requires immediate action. (AH)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

LEI SHI (#88784-022),

Plaintiff,

V.

UNITED STATES OF AMERICA, et al.,

JOHN DOE CORRECTIONAL OFFICERS (1–10),

JANE DOE MEDICAL STAFF (1–5),

Defendants.

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAR 3 0 2026

ARTHUR JOHNSTON
BY                    DEPUTY

CIVIL ACTION NO.: 3:26-cv-211-DPJ-ASH

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

(Constitutional Violations – Bivens Action)

I. INTRODUCTION

1.     This is a civil rights action brought by Plaintiff Lei Shi, a federal inmate, seeking relief for egregious violations of his constitutional rights under the Eighth Amendment.

2.     Plaintiff was subjected to **life-threatening conditions, possible poisoning, deliberate denial of medical care, and abandonment by correctional staff,**

constituting cruel and unusual punishment.

3.    Defendants acted with **deliberate indifference, reckless disregard, and conscious disregard for Plaintiff's life and safety.**

## II. JURISDICTION AND VENUE

4.    This Court has jurisdiction under **28 U.S.C. § 1331** (federal question).

5.    Venue is proper in the Southern District of Mississippi because the events occurred at:

FCI Yazoo City Low

Yazoo City, Mississippi

## III. PARTIES

6.    **Plaintiff:**

Lei Shi (#88784-022)

FCI Yazoo City Low

P.O. Box 5000

Yazoo City, MS 39194

7.    **Defendants:**

- John Doe Correctional Officers (1–10), in their individual capacities
- Jane Doe Medical Staff (1–5), in their individual capacities
- Additional unidentified staff to be named upon discovery

## IV. STATEMENT OF FACTS

8.    Approximately two weeks prior to February 23, 2026, Plaintiff was involved in an incident involving correctional staff.

9.    During this incident, Plaintiff was placed in a **dangerous and life-threatening situation.**

10.    Plaintiff reasonably believes he was **poisoned or exposed to a harmful substance.**

11.    Plaintiff was left confined for several hours without assistance.

Note: Immediate risk of serious bodily harm or death.

12. Multiple correctional officers were present and **failed to intervene or provide aid.**

13. Plaintiff exhibited symptoms requiring medical attention.

14. Plaintiff **requested medical care,** which was **ignored and denied.**

15. Plaintiff was subsequently placed in the **Special Housing Unit (SHU).**

16. While in SHU, Plaintiff has continued to be:

- Denied adequate medical evaluation
- Deprived of proper communication
- Subjected to unsafe and retaliatory conditions

17. Plaintiff fears **serious bodily harm or death** due to ongoing neglect and lack of protection.

_____

## V. CLAIMS FOR RELIEF

_____

## COUNT I – EIGHTH AMENDMENT

**(Deliberate Indifference to Serious Medical Needs)**

18. Plaintiff incorporates all prior paragraphs.

19. Defendants knew Plaintiff required medical care.

20. Defendants intentionally ignored or denied treatment.

21. This constitutes **deliberate indifference,** violating the Eighth Amendment.

_____

## COUNT II – EIGHTH AMENDMENT

**(Failure to Protect / Unsafe Conditions)**

22. Defendants knew Plaintiff faced a substantial risk of serious harm.

23. Defendants failed to take reasonable steps to protect Plaintiff.

24. This failure constitutes **cruel and unusual punishment.**

———

## COUNT III – EIGHTH AMENDMENT

### (Excessive Force / Harmful Exposure)

25. Defendants subjected Plaintiff to harmful conditions, including potential poisoning.

26. Such conduct was **malicious, reckless, and without justification.**

———

## COUNT IV – RETALIATION AND ABUSE OF AUTHORITY

27. Plaintiff has been placed in SHU and subjected to continued mistreatment.

28. Defendants acted in a manner intended to **silence, punish, or intimidate Plaintiff.**

———

## VI. INJURIES

29. Plaintiff has suffered:

- Physical harm (including effects consistent with poisoning or toxic exposure)
- Severe emotional distress
- Ongoing fear for personal safety
- Deprivation of medical care

———

## VII. RELIEF REQUESTED

Plaintiff respectfully requests:

## A. COMPENSATORY DAMAGES

For physical injury, emotional distress, and constitutional violations

## B. PUNITIVE DAMAGES

To punish and deter misconduct

## C. INJUNCTIVE RELIEF

- Immediate medical evaluation and treatment
- Protection from further harm
- Transfer to a safe facility if necessary

## D. ANY OTHER RELIEF

The Court deems just and proper

_____

## VIII. JURY DEMAND

Plaintiff demands a trial by jury.

_____

## IX. DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

_____

SIGNED:

Authorization via Lei Shi

Lei Shi (#88784-022)

_____

DATE:

__3.24.2026

___

📧 MAILING INSTRUCTIONS (CRITICAL)

Send to:

Clerk of Court
United States District Court
Southern District of Mississippi
501 East Court Street
Jackson, MS 39201

___

⚠ STRATEGIC NOTES (READ CAREFULLY)

~~This version is aggressive but still legally viable.~~

- Uses **"reasonably believes poisoning"** (important — avoids dismissal)
- Hits **Eighth Amendment hard**
- Leaves room to identify officers later
- Pushes for **injunctive relief (URGENT)**

Sincerely,

Adam S. Hamid
Strategic Director
Rousix Inc.
Https://Rousix.org
Adam@Rousix.org
945.210.5905